UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-mj-6615-AOV

UNITED STATES OF AMERICA

v.

KA KHOON TAN,

    Defendant.
_____/

FILED BY____AR____D.C.

Oct 26, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No

2. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

3. Did this matter involve the participation or consultations with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

Respectfully submitted,

JASON A. REDING-QUIÑONES
UNITED STATES ATTORNEY

BY: *Corey O'Neal*
COREY R. O'NEAL
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5503031
500 East Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel: (954)660-5996
Email: Corey.O'Neal@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Ka Khoon Tan,<br><br>*Defendant(s)* | Case No. **25-mj-6615-AOV** |

FILED BY __AR__ D.C.
**Oct 26, 2025**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 14, 2024 - April 18, 2025__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jane Baldassare, ATF
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FACETIME

Date: October 26, 2025

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida

Honorable Alicia O. Valle, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jane Baldassare, being duly sworn, do hereby depose and state:

1. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") since 2003. As such, I am an investigative law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code; that is an officer of the United States who is empowered by law to conduct investigations and make arrests for offenses enumerated in Titles 18, 21 and 26 of the United States Code.

2. This affidavit is submitted in support of a criminal complaint against Ka Khoon TAN ("TAN"). As set forth herein, I respectfully submit that there is probable cause to believe that, from at least as early as August 14, 2024, and continuing through on or about April 18, 2025, in the Southern District of Florida, TAN conspired to commit money laundering, in violation of Title 18, United States Code, Section 1956(h).

3. As set forth herein, on or about January 21, 2025, February 18, 2025, March 14, 2025, and April 18, 2025, TAN concealed the proceeds of a specified unlawful activity, here conspiracy to possess with intent to distribute and distribute, and possession with intent to distribute and distribute a controlled substance, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) and (ii) and Title 21, United States Code, Sections 841(a)(1) and 846.

4. The information contained in this affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents and officers involved in this investigation. I have not included in this affidavit each and every fact known to me or to other law enforcement officers surrounding this investigation. Rather, I have included only those facts that I believe are necessary to establish probable cause to arrest TAN for the violation

described above.

5.  TAN is a native and citizen of Malaysia, who resides in Broward County, in the Southern District of Florida. As set forth herein, TAN collected payments on behalf of Christopher William Brennan, a.k.a. "Kip,"[1] a native and citizen of Canada, for controlled substances Brennan shipped to ATF Undercover Agent ("UCA").

6.  During 2024 and 2025, the UCA communicated with Brennan telephonically and by text message on which Brennan utilized the username "Clark Kent." Signal is an application that provides end-to-end encrypted messaging service for instant messaging, voice calls, and video calls between users. On or about June 18, 2024, Brennan asked the UCA by text message if the UCA had buyers for marijuana in the New York City area as Brennan was having issues with his buyers. On or about July 18, 2024, the UCA asked Brennan if Brennan could supply methamphetamine. Brennan responded, "I can get it to u for sure. What's the price there?" Later than same day, Brennan sent images of suspected methamphetamine:

  

7.  The UCA asked "Not cut down, right? Need it clean all the way" "Looks good just need a price". Brennan responded "So this is from a lab locally. They are just in the middle of moving locations." "It's very clean but a little more expensive." "3k" "Per kg" "It's so clean

---

[1] Brennan is charged by Indictment with conspiracy to possess with intent to distribute and distribute, and possession with intent to distribute and distribution of controlled substances, in violation of Title 21, United States Code, Sections 846 and 841(a)(1). *See* SDFL Case No. 25-60240-CR-Dimitrouleas.

2

they can use it in a needle."

8.     The UCA and Brennan continue to communicate via phone and text message and arranged to meet in person. On or about August 14, 2024, the UCA met with Brennan in person in Hollywood, in the Southern District of Florida. Immediately prior to meeting the UCA, Brennan sent via text message "I'm walking here now." During the meeting, which was audio and video recorded, Brennan discussed with the UCA past firearms trafficking activity between the United States and Canada he and his associates were involved in as well as several options for drug trafficking to the United States. Brennan discussed logistics of smuggling firearms into Canada, which were prohibited in Canada, and referred to a prior "bust" of firearms that had occurred. Brennan discussed the possibility of providing Methamphetamine and/or "M" (a street term for MDMA) to the United States. Brennan said his methamphetamine shipments typically come from Mexico, through Houston, Texas, and then directly to Canada, but would ask his supplier to make a stop in Florida. Brennan also discussed a partner of his, referred to as a "money guy," who lived in the area (Florida).  Brennan and the UCA agreed that Brennan would ship narcotics to the UCA in the Southern District of Florida.

9.     In January 2025, Brennan and the UCA communicated about Brennan organizing a shipment of narcotic pills to the UCA. On or about January 8, 2025, Brennan told the UCA via preserved text communication that the price would be "$3USD for 5000." On or about January 13, 2025, Brennan sent the UCA and image, below, of the package contents. The following day, on or about January 14, 2025, Brennan sent the UCA a photo of the USPS shipping receipt which included tracking information.



10. On or about January 17, 2025, Brennan sent a photo of a USPS delivery confirmation and a message that said "Delivered." The ATF received the package containing approximately five thousand (5,000) suspected MDMA pills in the Southern District of Florida. The pills each bore a likeness of the "Tesla" company logo. Brennan initially requested that the UCA to send an Uber deliver of the payment, saying "My partner doesn't want to meet. That's why we could do am Uber." Brennan and the UCA arranged for the UCA to make payment for the pills to Brennan's associate, later identified as TAN, at the same location Brennan had met the UCA previously. Brennan told the UCA, regarding TAN, "He wants u to do a dead drop somewhere in the parking lot. Please keep an eye on it until he picks up. He'll be there at 2pm."

11. On or about January 21, 2025, at Brennan's direction, the UCA placed $3,000 in United States Currency near the UCA's vehicle at the location described by Brennan. TAN retrieved the money from the agreed upon location. Brennan later confirmed to the UCA that the money was received. Law enforcement conducting surveillance of the money drop photographed TAN as he retrieved the money.

4

 

12. Brennan promptly confirmed to the UCA that the money was received, promptly complaining to the UCA that the money in the package was less than the negotiated price.

13. The approximately 5017 suspected MDMA pills were tested by the Drug Enforcement Administration ("DEA") and determined to be 3,4-Methylenedioxymethamphetamine (MDMA) (hereinafter "MDMA"), with a net weight of 2,002.4 grams +/- .2 grams contain, and to contain a detectable amount of methamphetamine.

14. Brennan and the UCA continued to communicate and discussed future purchases, including or about January 27, 2025, Brennan messaged the UCA, "Good day, hope you were able to take care of ur family over the past week. I spoke to my partner and we could do $2usd per xpill delivered to Mia." Brennan and the UCA agreed on a price, and on or about February 4, 2025, Brennan sent the UCA a message that said, "Shipment will be there Friday," and a photo of a USPS shipping receipt showing that a shipment was sent on or about that day.

5

15. On or about February 10, 2025, the package containing approximately five thousand (5,000) MDMA pills was received in the Southern District of Florida. Brennan and the UCA continued to communicate, including about Brennan's desire to exchange narcotics for firearms. On or about February 18, 2025, the UCA agreed with Brennan to meet the same associate of Brennan, TAN, to make payment for the shipment of pills at the same location the UCA had met with Brennan, and where the payment for the prior shipment was made. Brennan told the UCA, "Ya, my guy is too kushy. He won't meet anyone." Brennan then told the UCA, "Same Asian guy, black hoodie." At Brennan's direction, the UCA placed $8,000[2] in United States Currency behind the fuel door to the UCA's vehicle. TAN arrived as Brennan had described to the UCA, retrieved the money from behind the fuel door of the UCA's vehicle and left the area. Law enforcement photographed TAN retrieving the money.



---

[2] The increased price included a payment for a shortfall in payment for the prior shipment due to confusion regarding the price between the UCA and Brennan.

16. After TAN retrieved the money, the UCA told Brennan, "Lol your guy makes me nervous being this ridiculous," to which Brennan responded, "My guys all good. Asians just scared of getting in trouble."

17. The approximately 4,919 pills of suspected MDMA were tested by the Drug Enforcement Administration (DEA) and determined to be MDMA, with a net weight of 2,004.1 grams +/- .8 grams contain, and to contain a detectable amount of methamphetamine as well as dimethyl sulfone.

18. Brennan and the UCA continued to communicate, including about additional narcotics purchases. On or about March 6, 2025, Brennan sent a photograph of a package containing clear plastic bags filles with suspected MDMA pills, with a text message that said, "Should be there Saturday." On or about March 8, 2025, Brennan sent the UCA a screenshot of a USPS delivery notification for the package. The ATF received the package of approximately five thousand (5,000) MDMA pills in the Southern District of Florida.

19. On or about March 14, 2025, after coordinating the payment for the pills with Brennan, the UCA traveled to the same location as the initial meeting with Brennan and prior payments were made. Brennan requested $12,500 rather than $13,000 as payment, attributing the request to TAN's superstition.



20. At Brennan's direction, the UCA placed two white envelopes containing a total of $12,500 in United States Currency behind the driver side front wheel of the UCA's vehicle. Brennan sent a message to the UCA, "He's walking over now" "3mjn" after which TAN arrived, retrieved the money from behind the front passenger wheel of the UCA's parked vehicle, and then let the area. Law enforcement photographed TAN retrieving the money.



21. The approximately 5,090 pills of suspected MDMA were tested by the Drug Enforcement Administration (DEA) and determined to be MDMA, with a net weight of 1,955.1 grams +/- .2 grams contain, and to contain a detectable amount of methamphetamine.

22. Brennan and the UCA continued to communicate, including about future narcotics shipments. On or about March 14, 2025, Brennan sent a message to the UCA that, in addition to 5,000 of the same type of pill previously shipped, Brennan would also be shipping 3,000 of another type of pill Brennan referred to as "eyeballs."

23. On or about March 19, 2025, Brennan sent the UCA a photograph of a sealed USPS package and a message, "They sent 1000 each color of the eyeballs. I told them to send 100 of each but they said they didn't want to break them up. Ull have time with it. It won't be rushed." The package containing the "eyeballs" pills arrived first, which the ATF retrieved on or about March 24, 2025. The "eyeballs" package contained three bags with approximately one thousand (1,000) pills in each bag, and each bag containing a different color pill, for a total of approximately (3,000) pills of suspected MDMA.

24. The approximately 2,975 pills of suspected MDMA were tested by the Drug Enforcement Administration (DEA) and determined to be MDMA, with a net weight of 1,752.2 grams +/- .2 grams contain, and to contain a detectable amount of methamphetamine, with a purity of 2.7% for a total of 47.3 grams +/- 6.4 grams of pure methamphetamine.

25. On or about March 25, 2025, Brennan sent the UCA a screenshot of a USPS tracking page showing a packaged shipped that same day with an expected delivery of March 28, 2025, and messages, "There were 5k of the tesla sent to you" "And 3k of the cheap ones." The ATF received the package in the Southern District of Florida, which contained approximately five thousand (5,000) pills of suspected MDMA.

26. The approximately 4,684 pills of suspected MDMA were tested by the Drug Enforcement Administration (DEA) and determined to be MDMA, with a net weight of 1,885.6 grams +/- .2 grams contain, and to contain a detectable amount of methamphetamine and dimethyl sulfone.

27. On or about April 4, 2025, Brennan messaged the UCA asking, "Did u pick up the packages?" Brennan and the UCA continued to communicate and arranged for the UCA to

Case 0:26-cr-60033-WPD   Document 3   Entered on FLSD Docket 10/27/2025   Page 12 of 13

make payment for the shipment at the same location, with instruction from Brennan to place the money behind the driver side front wheel as the UCA had previously.

28.     On or about April 18, 2025, the UCA traveled to the same location as before and placed $21,000 in United States Currency behind the driver side wheel of the UCA's vehicle as At Brennan's direction. Brennan messaged the UCA "He's walking over" shortly before TAN approached the UCA's vehicle, retrieved the money from behind the driver side wheel, and left the area.  The UCA had changed the angle of the recording device for this money delivery, and the UCA vehicle camera captured TAN walk up and take the money from the top of the front driver side tire where the UCA placed it at Brennan's direction.



29.     Based on the above information, I respectfully submit that there is probable cause to believe that, from at least as early as August 14, 2024, and continuing through on or about

10

April 18, 2025, in the Southern District of Florida, TAN conspired to commit money laundering, in violation of Title 18, United States Code, Section 1956(h).

Respectfully submitted,

JANE BALDASSARE, SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES

Subscribed and sworn to before me on October 26th, 2025.

THE HONORABLE ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE